ment. November 15, 1907.) Action by Helene Fitter and another against Edward Moroney and another. No opinion. Motion denied, on payment of $10 costs, and on condition that appellants have their appeal ready for January term. Order filed.

In re FITZGERALD. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) In the matter of Thomas W. Fitzgerald, etc.

PER CURIAM. There has been no defense on the merits interposed to this application. The charges against the respondent, as found by the referee, have been fully established, and demonstrate his utter unfitness for office. The referee's report is confirmed, and the respondent removed from the office of justice of the Court of Special Sessions of the City of New York for the Second Division and the office of attorney and counsellor.

FLANAGAN, Appellant, v. STREETON, Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Thomas P. Flanagan against George H. Streeton. No opinion. Judgment of the Municipal Court affirmed, with costs.

FLEISCHER et al., Respondents, v. LEVINSON, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Charles Fleischer and another against Morris Levinson. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re FOSTER AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) In the matter of the application of the city of New York relative to acquiring title, etc., for the purpose of opening Foster avenue, etc. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with costs.

In re FOSTER AVE., BOROUGH OF BROOKLYN, IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) In the matter of the application of the city of New York relative to acquiring title to the lands, etc., required for the purpose of opening Foster avenue, etc., in the borough of Brooklyn. No opinion. Order affirmed, with $10 costs and disbursements. See 104 N. Y. Supp. 71.

FOSTER, Appellant, v. FOSTER et al., Respondents. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by George A. Foster against Albert G. Foster and another. R. McMahon, for appellant. H. W. Griffiths, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

FOX, Appellant, v. HIGGINS, Respondent. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Edward Fox, as administrator, against Francis Higgins. L. O. Van Doren, for appellant. J.

A. Deering, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re FRANK. (Supreme Court, Appellate Division. First Department. November 15, 1907.) In the matter of Alpheus S. Frank. No opinion. Respondent disbarred. Present order.

FRIEDMAN, Respondent, v. BITTHER et al., Appellants. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Samuel Friedman against Isaac Bitther and another. A. Nelson, for appellants. E. W. S. Johnston, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See 45 Misc. Rep. 178, 91 N. Y. Supp. 896.

FRISBEE, Appellant, v. VILLAGE OF PORT BYRON, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 2, 1907.) Action by Elizabeth Frisbee against the village of Port Byron. No opinion. Order affirmed, with costs.

FRISBEE, Appellant, v. VILLAGE OF PORT BYRON, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 19, 1907.) Action by Elizabeth Frisbee against the village of Port Byron.

PER CURIAM. Order of affirmance previously entered herein amended by adding thereto, "with leave to plaintiff to elect to accept the amount of the verdict as reduced and as provided in the order appealed from," said election to be made within 10 days, but upon condition that the plaintiff within 10 days after the entry of this order shall deliver to the defendant a stipulation permitting the defendant to appeal from the order denying his motion for a new trial and from the judgment entered herein, if any, and shall pay to the defendant $10 costs of this motion.

GALLICK, Respondent, v. LEVY et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Stefan Gallick against Max H. Levy and another. No opinion. Judgment and order affirmed by default, with costs.

GASS, Respondent, v. ASTORIA VENEER MILLS, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by John H. Gass against the Astoria Veneer Mills. No opinion. Motion to resettle order granted, without costs.

GERARD, Respondent, v. VON PUSTAU, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Daniel M. Gerard against Mary Maud Von Pustau. No opinion. Order denying motion to set aside verdict affirmed, with costs. Appeal from order denying reargument of the motion dismissed, without costs.

GIBBON, Respondent, v. LOGAN et al., Appellants. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action

by John J. Gibbon, as director, etc., against Hollister Logan and others. C. M. Demond, for appellants. W. B. Raymond, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GIBBONS, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 20, 1907.) Action by Ellen Gibbons, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment confirmed, with costs.

GIBBONS, Respondent, v. SNARE & TRIEST CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Patrick Gibbons against the Snare & Triest Company. No opinion. Appeal dismissed, with $10 costs and disbursements.

GILMARTIN, Respondent, v. BUCHANAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by George E. Gilmartin against Andrew B. Buchanan and another. No opinion. Order unanimously affirmed, with costs.

GILROY, Appellant, v. MULLEN, Respondent. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Mary E. Gilroy, as administratrix, etc., of Annie B. Gilroy, deceased, against Andrew Mullen.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HIRSCHBERG, P. J., and HOOKER, J., dissent.

GLEASON, Respondent, v. JAMES CUNNINGHAM, SON & CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 25, 1907.) Action by Elizabeth Gleason, an infant, etc., against James Cunningham, Son & Co. and others. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs and disbursements. See 105 N. Y. Supp. 1117.

GLENNON, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 23, 1907.) Action by John Glennon against the New York City Railway Company. No opinion. Order of the County Court of Westchester county reversed, without costs, and case remitted for trial, on the ground that the defendant was a resident of the county, within the meaning of sections 340 and 341 of the Code of Civil Procedure, and that hence the court could not decline to entertain jurisdiction.

GOLDEN, Respondent, v. HERRING-HALL-MARVIN SAFE CO., Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Appeal from Trial Term. Action by Joseph Golden against the Herring-Hall-Marvin Safe Company. From a judgment on a verdict for plaintiff, and from an order denying plaintiff's motion for a new trial, he appeals. Reversed, and new trial granted. Frank v. Johnson, for appellant. Charles Caldwell, for respondent.

PER CURIAM. The facts disclosed by the evidence in the present case do not differ in any material particular from those involved in Dolan v. Herring-Hall-Marvin Safe Co., 105 App. Div. 366, 94 N. Y. Supp. 241. Upon the authority of that case, the judgment must be reversed, and a new trial granted, with costs to the appellant to abide the event.

GOLDEN REALTY CO., Respondent, v. CARLIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by the Golden Realty Company against Patrick J. Carlin and others. No opinion. Order affirmed by default, with $10 costs and disbursements.

GOLDSTEIN et al., Respondents, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Adolph Goldstein and another against the city of New York. No opinion. Order of the Municipal Court affirmed, with costs.

GOODFELLOW, Respondent, v. UNITED STATES HEALTH & ACCIDENT INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1907.) Action by Henry Goodfellow against the United States Health & Accident Insurance Company. No opinion. Judgment affirmed, with costs.

GORDON, Appellant, v. ELLENVILLE & K. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. September 26, 1907.) Action by Harry S. Gordon against the Ellenville & Kingston Railroad Company. No opinion. Motion granted. See 104 N. Y. Supp. 702.

GORMAN, Respondent, v. NEW YORK, C. & ST. L. R. CO., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by William J. Gorman against the New York, Chicago & St. Louis Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

GOULD, Appellant, v. GOULD, Respondent. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Katherine C. Gould against Howard Gould. D. Nicoll, for appellant. C. J. Shearn, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

INGRAHAM, J., dissents.

In re GRADE DAMAGE COMMISSION. (Supreme Court, Appellate Division, First Department. October 18, 1907.) In the matter of the grade damage commission. No opinion. Motion granted. Order filed.